UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 MAY 13 PM 4:34

UNITED STATES OF AMERICA

v.

CASE NO. 8:21-cr-169-VMC-JSS
46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a) and (b)

JENNEFER PAYAN SINISTERRA,
YESID BRAVO CUERO,
ABELARDO SOLARTE CASTRO, and
EDILBERTO ALOMIA MORENO

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through and including on or about May 3, 2021, in the Middle District of Florida, and elsewhere, the defendants,

JENNEFER PAYAN SINISTERRA,
YESID BRAVO CUERO,
ABELARDO SOLARTE CASTRO, and
EDILBERTO ALOMIA MORENO,

did knowingly and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of

the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through and including on or about May 3, 2021, in the Middle District of Florida, and elsewhere, the defendants,

JENNEFER PAYAN SINISTERRA,
YESID BRAVO CUERO,
ABELARDO SOLARTE CASTRO, and
EDILBERTO ALOMIA MORENO,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 21 U.S.C. § 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

2

forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> JENNEFER PAYAN SINISTERRA,
> YESID BRAVO CUERO,
> ABELARDO SOLARTE CASTRO, and
> EDILBERTO ALOMIA MORENO,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

> JENNEFER PAYAN SINISTERRA,
> YESID BRAVO CUERO,
> ABELARDO SOLARTE CASTRO, and
> EDILBERTO ALOMIA MORENO,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

3

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Lauren N. Stoia
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34
May 21

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

Jennefer Payan Sinisterra,
Yesid Bravo Cuero,
Abelardo Solarte Castro, and
Edilberto Alomia Moreno

INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 13th day of May 2021.

_____
Clerk

Bail $_____

GPO 863 525